PER CURIAM.
Affirmed. United States Rubber Products, Inc. v. Clark, 145 Fla. 631, 636-37, 200 So. 385, 388 (1941); Bruce Construction Corp. v. Federal Realty Corp., 104 Fla. 93, 100, 139 So. 209, 212 (1932); Atlanta & St. Andrews Bay Railway Co. v. Thomas, 60 Fla. 412, 422, 53 So. 510, 513 (1910); Board of Public Instruction of Dade County v. Fred Howland, Inc., 243 So.2d 221, 223 (Fla. 3d DCA 1970); Travelers Indemnity Co. v. Washington Federal Savings and Loan Ass’n of Miami Beach, 214 So.2d 492 (Fla. 3d DCA 1968).